SEYFARTH SHAW LLP
Kathleen Cahill Slaught (SBN 168129)
kslaught@seyfarth.com
Michelle M. Scannell (SBN 267767)
mscannell@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105-2930
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Cross-Defendant and Counter-Claimant
WELLS FARGO & COMPANY CASH BALANCE
PLAN, erroneously sued as WELLS FARGO &
COMPANY, and Counter-Claimant WELLS FARGO
& COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA (FRESNO DIVISION)

| | |
|---|---|
| TAMMIE S. COHEN, as Trustee of the C. STARK 2004 TRUST,<br><br>Plaintiff,<br><br>v.<br><br>SONJA DIANE KNUTSEN, aka, SONJA DIANE KNUTSEN STARK,<br><br>Defendant.<br><hr>SONJA DIANE KNUTSEN, an individual,<br><br>Cross-Complainant,<br><br>v.<br><br>WELLS FARGO & COMPANY, a Delaware corporation, and DOES 1-20, inclusive,<br><br>Cross-Defendants. | Case No.   1:13-cv-00687-LJO-SAB<br><br>**STIPULATION AND ORDER CONTINUING SCHEDULING CONFERENCE PENDING RULING ON MOTION TO REMAND** |

| | |
|---|---|
| 1 | WELLS FARGO & COMPANY CASH BALANCE PLAN, an ERISA plan, and WELLS FARGO & COMPANY, a Delaware Corporation, |
| 2 | |
| 3 | Counter-Complainants |
| 4 | v. |
| 5 | SONJA DIANE KNUTSEN, an individual, TAMMIE S. COHEN, as an individual and as Trustee of the C. Stark 2004 Trust, and Does 1-10, inclusive, |
| 6 | |
| 7 | |
| 8 | Counter-Defendants. |

Pursuant to Civil Local Rule 143, the parties to the above-entitled actions, through counsel, jointly submit this Stipulation and Proposed Order Continuing Case Management Conference Pending Ruling on Motion to Remand, as follows:

**WHEREAS**, on May 9, 2013, Wells Fargo & Company ("Wells Fargo") removed this action to this Court on the basis that Sonja Knutsen's Cross-Complaint, filed in Stanislaus County Superior Court, was subject to removal on the basis of federal question jurisdiction;

**WHEREAS**, on May 16, 2013, Wells Fargo and its Cash Balance Plan ("Plan") filed an Answer to Ms. Knutsen's Cross-Complaint and a Counter-Complaint in Interpleader against Ms. Knutsen and Tammie Cohen;

**WHEREAS**, on June 11, 2013, Ms. Cohen filed a Motion to Remand this action to state court, currently scheduled for hearing on July 31, 2013; and

**WHEREAS**, pursuant to the Court's Order Setting Mandatory Scheduling Conference for July 23, 2013, all parties are required to conduct a conference regarding a Joint Scheduling Report by July 3, 2013, and to file a Joint Scheduling Report by July 16, 2013.

**IT IS HEREBY STIPULATED AND AGREED** by and among the parties, through their respective counsel of record, as follows: in light of Ms. Cohen's pending Motion to Remand, the parties respectfully request that the Court continue the Mandatory Scheduling Conference to **August 27, 2013 at 3:30 p.m.**, or another date and time convenient for the Court, if the Court retains jurisdiction of this action following its ruling on Ms. Cohen's Motion to Remand.

The parties further respectfully request that the Court continue all deadlines affiliated with the Mandatory Scheduling Conference.

DATED:  July 2, 2013                    SEYFARTH SHAW LLP


By   /s/ Michelle M. Scannell
     Kathleen Cahill Slaught
     Michelle M. Scannell
Attorneys for Cross-Defendant and Counter Claimant, WELLS FARGO & COMPANY CASH BALANCE PLAN and Counter-Claimant WELLS FARGO & COMPANY

DATED:  July 1, 2013                    JOHN STEVEN CECHINI, INC.


By   /s/ John S. Cechini
     John Steven Cechini
Attorney Plaintiff
TAMMIE S. COHEN


DATED:  July 2, 2013                    TUTTLE & VAN KONYNENBURG, L.L.P.


By   /s/ Frank A. Van Konynenburg
     Frank A. Van Konynenburg
Attorneys for Defendant, Cross-Complainant and Counter-Defendant
SONJA DIANE KNUTSEN

**PURSUANT TO STIPULATION, IT IS SO ORDERED,** as follows:

The Mandatory Scheduling Conference currently scheduled for July 23, 2013 is continued to **August 27, 2013 at 3:30 p.m.**  The Joint Scheduling Report shall be filed at least one week prior to the Mandatory Scheduling Conference.
IT IS SO ORDERED.

Dated:  **July 5, 2013**

UNITED STATES MAGISTRATE JUDGE