SEYFARTH SHAW LLP
Kathleen Cahill Slaught (SBN 168129)
kslaught@seyfarth.com
Michelle M. Scannell (SBN 267767)
mscannell@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California  94105-2930
Telephone:  (415) 397-2823
Facsimile:  (415) 397-8549

Attorneys for Cross-Defendant and Counter-Claimant
WELLS FARGO & COMPANY CASH BALANCE
PLAN, erroneously sued as WELLS FARGO &
COMPANY, and Counter-Claimant WELLS FARGO
& COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA (FRESNO DIVISION)

| | |
|---|---|
| TAMMIE S. COHEN, as Trustee of the C. STARK 2004 TRUST,<br><br>Plaintiff,<br><br>v.<br><br>SONJA DIANE KNUTSEN, aka, SONJA DIANE KNUTSEN STARK,<br><br>Defendant.<br><hr>SONJA DIANE KNUTSEN, an individual,<br><br>Cross-Complainant,<br><br>v.<br><br>WELLS FARGO & COMPANY, a Delaware corporation, and DOES 1-20, inclusive,<br><br>Cross-Defendants. | Case No.   1:13-cv-00687-LJO-SAB<br><br>**STIPULATION AND ORDER CONTINUING SCHEDULING CONFERENCE PENDING RULING ON MOTION TO REMAND** |

WELLS FARGO & COMPANY CASH BALANCE PLAN, an ERISA plan, and WELLS FARGO & COMPANY, a Delaware Corporation,

        Counter-Complainants

        v.

SONJA DIANE KNUTSEN, an individual, TAMMIE S. COHEN, as an individual and as Trustee of the C. Stark 2004 Trust, and Does 1-10, inclusive,

        Counter-Defendants.

Pursuant to Civil Local Rule 143, the parties to the above-entitled actions, through counsel, jointly submit this Stipulation and Proposed Order Continuing Case Management Conference Pending Ruling on Motion to Remand, as follows:

**WHEREAS**, on May 9, 2013, Wells Fargo & Company ("Wells Fargo") removed this action to this Court on the basis that Sonja Knutsen's Cross-Complaint, filed in Stanislaus County Superior Court, was subject to removal on the basis of federal question jurisdiction;

**WHEREAS**, on May 16, 2013, Wells Fargo and its Cash Balance Plan ("Plan") filed an Answer to Ms. Knutsen's Cross-Complaint and a Counter-Complaint in Interpleader against Ms. Knutsen and Tammie Cohen;

**WHEREAS**, on June 11, 2013, Ms. Cohen filed a Motion to Remand this action to state court, currently scheduled for hearing on July 31, 2013; and

**WHEREAS**, pursuant to the Court's Order Setting Mandatory Scheduling Conference for July 23, 2013, all parties are required to conduct a conference regarding a Joint Scheduling Report by July 3, 2013, and to file a Joint Scheduling Report by July 16, 2013.

**IT IS HEREBY STIPULATED AND AGREED** by and among the parties, through their respective counsel of record, as follows: in light of Ms. Cohen's pending Motion to Remand, the parties respectfully request that the Court continue the Mandatory Scheduling Conference to **August 27, 2013 at 3:30 p.m.**, or another date and time convenient for the Court, if the Court retains jurisdiction of this action following its ruling on Ms. Cohen's Motion to Remand.

2

The parties further respectfully request that the Court continue all deadlines affiliated with the Mandatory Scheduling Conference.

DATED: July 2, 2013                     SEYFARTH SHAW LLP

                                        By  */s/ Michelle M. Scannell*
                                            Kathleen Cahill Slaught
                                            Michelle M. Scannell
                                        Attorneys for Cross-Defendant and Counter
                                        Claimant, WELLS FARGO & COMPANY
                                        CASH BALANCE PLAN and Counter-
                                        Claimant WELLS FARGO & COMPANY

DATED: July 1, 2013                     JOHN STEVEN CECHINI, INC.

                                        By  */s/ John S. Cechini*
                                            John Steven Cechini
                                        Attorney Plaintiff
                                        TAMMIE S. COHEN

DATED: July 2, 2013                     TUTTLE & VAN KONYNENBURG, L.L.P.

                                        By  */s/ Frank A. Van Konynenburg*
                                            Frank A. Van Konynenburg
                                        Attorneys for Defendant, Cross-Complainant
                                        and Counter-Defendant
                                        SONJA DIANE KNUTSEN

**PURSUANT TO STIPULATION, IT IS SO ORDERED,** as follows:

The Mandatory Scheduling Conference currently scheduled for July 23, 2013 is continued to **August 27, 2013 at 3:30 p.m.**  The Joint Scheduling Report shall be filed at least one week prior to the Mandatory Scheduling Conference.
IT IS SO ORDERED.

Dated:  **July 5, 2013**

                                        UNITED STATES MAGISTRATE JUDGE

3