# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMIE S. COHEN,<br><br>                Plaintiff,<br><br>        v.<br><br>SONJA DIANE KNUTSEN, et al.,<br><br>                Defendants. | Case No.  1:13-cv-00687-LJO-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>ECF NO. 20 |

On August 1, 2013, the magistrate judge assigned to this action issued a Findings and Recommendations recommending that this action be remanded to state court.  (ECF No. 20.) The Findings and Recommendations were served on all parties and contained notice that any objections were to be filed within fourteen (14) days.  No party has filed objections to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of the case.  Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations are supported by the record and by proper analysis.

Accordingly, it is HEREBY ORDERED that:

1.     The Findings and Recommendations dated August 1, 2013 are ADOPTED IN FULL (ECF No. 20);

2.     This is action is REMANDED to state court on the grounds that this Court lacks

jurisdiction over this action;

3.     The parties shall bear their own costs and expenses associated with removal; and

4.     The Clerk of the Court is directed to CLOSE this action.

IT IS SO ORDERED.

    Dated:   **August 23, 2013**                          **/s/ Lawrence J. O'Neill**
                                                           UNITED STATES DISTRICT JUDGE